UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ENVIROSHIELD TECHNOLOGIES, LLC

VERSUS

LONESTAR CORROSION SERVICES, INC., ET AL

CIVIL ACTION

NO. 07-679-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 31, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the this matter will be remanded to the 23rd Judicial District Court for the Parish for Ascension, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, February 28, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA